TOWN OF WOODSTOCK *v.* GERALD WILLIAMS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 1 Conn. App. 505, is denied.

*Wesley W. Horton,* in support of the petition.

Decided May 23, 1984

STATE OF CONNECTICUT *v.* EDDI Z. ZYKO

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 517, is denied.

*Eddi Z. Zyko,* pro se, in support of the petition.

Decided May 23, 1984

STATE OF CONNECTICUT *v.* GEORGE HARDWICK

The state's petition for certification for appeal from the Appellate Court, 1 Conn. App. 609, is denied.

*John M. Massameno,* assistant state's attorney, in support of the petition.

*Thomas F. Brown,* in opposition.

Decided June 5, 1984

MILDRED MERLO *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WETHERSFIELD

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 621, is granted.

*Vincent F. Sabatini,* in support of the petition.

*Paul J. Aparo,* in opposition.

Decided June 5, 1984